29 So.2d 904

### Beck ROBISON v. STATE.
### 8 Div. 540.

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

32 So.2d 182

### Copeland ROBISON v. STATE.
### 8 Div. 581.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

34 So.2d 871

### Edward RODGERS v. STATE.
### 6 Div. 448.

Court of Appeals of Alabama.
April 6, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

33 So.2d 281

### Earnest ROGERS v. STATE.
### 6 Div. 443

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

32 So.2d 182

### Alpha ROLLINS v. STATE.
### 8 Div. 585.

Court of Appeals of Alabama.
June 24, 1947.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.